UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-60285-BB

OWEN GRANT, individually, and on behalf of
all others similarly situated,

      Plaintiff,

v.

CEDARS BUSINESS SERVICES, LLC, a
California Limited Liability Company,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Owen Grant, and Defendant, Cedars Business Services, LLC, (the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-captioned matter.

The parties are in the process of finalizing the terms of a settlement and respectfully request that this Court allow sixty (60) days to complete the settlement, during which time the Parties request this Court retain jurisdiction over this matter until fully resolved. The Parties anticipate that a joint stipulation to voluntary dismissal with prejudice will be filed within sixty (60) days.

Dated this **7th day of December 2021.**

/s/ *Zachary D. Ludens*
Zachary D. Ludens, Esquire
Florida Bar No. 111620
zludens@zpllp.com
Jordan A. Shaw, Esquire
Florida Bar No. 111771
Jshaw@zpllp.com
Zebersky Payne Shaw Lewenz, LLP
110 SE 6th Street, Suite 2900
Fort Lauderdale, FL 33301
Phone: (954) 989-6333
Fax: (954) 989-7781
*Attorneys for Plaintiff*

*/s/ Gregory Light*
Gregory Light, Esquire
Florida Bar No. 120907
service@lightgonzalezlaw.com
Light & Gonzalez, PLLC
8751 W. Broward Blvd., #209
Plantation, Florida 33324
Telephone (754) 900-6545
*Attorneys for Plaintiff*

/s/ *Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esquire
Florida Bar No. 110108
Skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Cedars Business Services, LLC*

/s/ *J. Dennis Card Jr.*
J. Dennis Card Jr., Esquire
Florida Bar No. 0487473
dcard@consumerlaworg.com
Consumer Law Organization, P.A.
721 US Highway 1, Suite 201
North Palm Beach, Florida 33408
Telephone: (561) 692-6013
Facsimile: (305) 574-0132
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed on **December 7, 2021,** via the Court Clerk's CM/ECF system which will provide notice to the following attorneys of record:  Jack Dennis Card, Jr., Esquire at Dcard@Consumerlaworg.com and dennis@cloorg.com, Anthony Gonzalez, Esquire at anthony@lightgonzalezlaw.com, Gregory Andrew Light, Esquire at service@lightgonzalezlaw.com, Zachary Dean Ludens, Esquire at zludens@zpllp.com, and Jordan Alexander Shaw, Esquire at jshaw@zpllp.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
SKohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL  32751
Telephone: (407) 622-1772

Facsimile: (407) 622-1884
*Attorneys for Defendant, Cedars Business Services, LLC*