UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-60285-BB

OWEN GRANT, individually, and on behalf of
all others similarly situated,

    Plaintiff,

v.

CEDARS BUSINESS SERVICES, LLC, a
California Limited Liability Company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Owen Grant, and Defendant, Cedars Business Services, LLC, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice of the above-styled action along with all class allegations. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

DATED: March 25, 2022.

| | |
|---|---|
| /s/ *Zachary D. Ludens*<br>Zachary D. Ludens, Esquire<br>Florida Bar No. 111620<br>zludens@zpllp.com<br>Jordan A. Shaw, Esquire<br>Florida Bar No. 111771<br>Jshaw@zpllp.com<br>Zebersky Payne Shaw Lewenz, LLP<br>110 SE 6th Street, Suite 2900<br>Fort Lauderdale, FL 33301<br>Phone: (954) 989-6333<br>Fax: (954) 989-7781<br>*Attorneys for Plaintiff* | /s/ *Ernest H. Kohlmyer, III*<br>Ernest H. Kohlmyer, III, Esquire<br>Florida Bar No. 110108<br>Skohlmyer@shepardfirm.com<br>Shepard, Smith, Kohlmyer & Hand, P.A.<br>2300 Maitland Center Parkway, Suite 100<br>Maitland, Florida 32751<br>Telephone (407) 622-1772<br>Facsimile (407) 622-1884<br>*Attorneys for Defendant, Cedars Business Services, LLC* |
| */s/ Gregory Light*<br>Gregory Light, Esquire<br>Florida Bar No. 120907<br>service@lightgonzalezlaw.com<br>Light & Gonzalez, PLLC<br>8751 W. Broward Blvd., #209<br>Plantation, Florida 33324<br>Telephone (754) 900-6545<br>*Attorneys for Plaintiff* | /s/ *J. Dennis Card Jr.*<br>J. Dennis Card Jr., Esquire<br>Florida Bar No. 0487473<br>dcard@consumerlaworg.com<br>Consumer Law Organization, P.A.<br>721 US Highway 1, Suite 201<br>North Palm Beach, Florida 33408<br>Telephone: (561) 692-6013<br>Facsimile: (305) 574-0132<br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **March 25th 2022**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Jack Dennis Card, Jr., Esquire at Dcard@Consumerlaworg.com and dennis@cloorg.com, Anthony Gonzalez, Esquire at anthony@lightgonzalezlaw.com, Gregory Andrew Light, Esquire at service@lightgonzalezlaw.com, Zachary Dean Ludens, Esquire at zludens@zpllp.com, and Jordan Alexander Shaw, Esquire at jshaw@zpllp.com *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III, Esq., LL.M.
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant, Cedars Business Services, LLC*
