**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-60285-BLOOM/Valle**

OWEN GRANT, individually, and on behalf
of and all others similarly situated,

     Plaintiff,

v.

CEDARS BUSINESS SERVICES, LLC,

     Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

     **THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [66] ("Stipulation"), filed on March 25, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [66]**, is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 21-cv-60285-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 25, 2022.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record